BARBARA KALLEN, an Infant, by Her Guardian ad Litem, SOLOMON KALLEN, et al., Appellants, v. NASSAU COUNTY BRIDGE AUTHORITY, Respondent, et al., Defendants.— The infant plaintiff, Barbara Kallen, while a passenger in the automobile of the defendant Citron, sustained injuries when that car collided with a bridge which is operated by defendant Nassau County Bridge Authority. Plaintiffs moved to examine the operator of the drawbridge, who is no longer in the employ of the bridge authority. The motion was denied and plaintiffs appeal. Order reversed, with $10 costs and disbursements, and motion granted, without costs; the examination to proceed on five days' notice. (*King Toy & Stationery Co.*, v. *Major Petroleum Co.*, 279 App. Div. 676; *Sloan* v. *Sandy Sirulnick Realty Corp.*, 277 App. Div. 1122.) In *Giunta* v. *City of New York* (191 Misc. 832, affd. 273 App. Div. 974), relied upon by Special Term, the witness sought to be examined was not an employee of the defendant in that action or in charge of the instrumentality claimed to have been negligently operated. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.

■

PARK SQUARE LUMBER CORP., Respondent, v. ROBERT METRICK COMPANY, INC., et al., Appellants.— Order denying motion to vacate an order of reference in an action to recover a balance due for goods sold and delivered affirmed, with $10 costs and disbursements. The issues involve a long account within the purview of section 466 of the Civil Practice Act. (4 Carmody on New York Practice, § 1186; *Welsh* v. *Darragh*, 52 N. Y. 590.) Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur. [See *post*, p. 897.]

■

ALBERT L. POLESE, Appellant, v. EDWIN SOWALSKIE, Respondent, et al., Defendants. EDWIN SOWALSKIE, Third-Party Plaintiff, v. F. S. GEORGE & SON, INC., Third-Party Defendant-Respondent.— In an action to recover damages for personal injuries, order granting defendant-respondent's motion to amend his answer so as to include a defense based on the Workmen's Compensation Law, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.

■

CLARA POLLICK, Appellant, v. DANIEL POLLICK, Respondent.— In an action for divorce, plaintiff appeals from an order denying her motion to vacate the dismissal of the complaint and to restore the cause to the calendar for a day certain for trial. Order reversed, without costs, and motion granted, without costs. In the interests of justice, the default in proceeding with the trial should be excused. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.